# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ15-264 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| DEMARTRAE LESHAWN KIME, | |
| Defendant. | |

Offenses charged:

    Count 1:    Felon in Possession of a Firearm

Date of Detention Hearing: June 16, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant has a history of violent offenses, including robbery and assault.

2.    Defendant is a suspect in a crime in Portland, Oregon, charging him with robbery in second degree and strangulation.

3.    According to the Complaint, defendant aimed a handgun at strangers simply for walking too close to his cane.

4.  Defendant has on-going substance abuse and mental health issues.

5.  Defendant has a recent history of failures to appear.

6   There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of June, 2015.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge