JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-200-RSL |
| Plaintiff, | |
| v. | (PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| DEMARTRAE LESHAWN KIME, | |
| Defendant. | |

The Court has considered the unopposed motion to continue the pretrial motions deadline in this matter. Based on the motion and the records in this case,

THE COURT ORDERS that the pretrial motions deadline is continued from July 16 to July 30, 2015.

DATED this 17th day of July, 2015.

*signature*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mohammad Hamoudi*
Assistant Federal Public Defender
Attorney for Demartrae Kime

(PROPOSED) ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE PRETRIAL MOTIONS
DEADLINE
(Demartrae Kime, CR15-200-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100