JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR15-200-RSL |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | UNOPPOSED MOTION TO |
| ) | CONTINUE TRIAL AND PRETRIAL |
| DEMARTRAE LESHAWN KIME, ) | MOTIONS DEADLINE |
| Defendant. ) | |

THE COURT has considered the unopposed motion to continue the trial date and pretrial motions deadline in this case and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

ORDER TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DEADLINE
(Demartrae Kime, CR15-200-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(d) the additional time requested between the current trial date of August 24, 2015, and the new trial date is necessary to provide counsel for the defendant reasonable time to prepare for trial considering the facts set forth above.

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to November 16, 2015, and that pretrial motions shall be filed no later than October 5, 2015.

IT IS FURTHER ORDERED that the period of time from the current trial date of August 24, 2015, up to an including the new proposed trial date of November 16, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DONE this 11th day of August, 2015.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Mohammad Hamoudi*
Assistant Federal Public Defender
Attorney for Demartrae Kime

ORDER TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DEADLINE
(Demartrae Kime, CR15-200-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**